MIED (Rev. 12/13/10) Acknowledgment of Receipt of Documents – Non-Prisoner -- Summons

Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DANIEL LYNN BARRETT,

        Plaintiff(s),         Case No. 23-11609

v.         Judge Laurie J. Michelson

SHELLY, et al,         Magistrate Judge Curtis Ivy, Jr.

        Defendant(s).
_____/

## ACKNOWLEDGMENT OF RECEIPT OF DOCUMENTS

The following documents were delivered to the United States Marshals for service of process:

1) Order Directing Service/Reservice dated 8/2/2023    ;

2) USM 285 and Summons form(s);

3) _3_ copy(ies) of Complaint.

Date: August 17, 2023         s/Julie Owens
        Deputy Clerk

## ACKNOWLEDGMENT

UNITED STATES MARSHAL SERVICE

Date: AUG 30 2023         Kelly Honoy
        Signature or Stamp

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Daniel Lynn Barrett | 23-cv-11609 |
| DEFENDANT | TYPE OF PROCESS |
| Deputy Austin Warren (Shiawassee) | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Austin Barrett
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
119 E. John St. Durand MI. 48429

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Daniel Barrett
1310 Carr St.
Owosso, Mi. 48867

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
Kell Busby POA
☑ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 9892513015
DATE: 8/14/23

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | 039 | 039 | Kelly Honey | AUG 30 2023 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | | |

| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

tracking #: 9689-0710-5270-0231-9458-01

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Daniel Lynn Barrett | 23-cv-11609 |
| DEFENDANT | TYPE OF PROCESS |
| Deputy Lauren Shelly (Shiawassee) | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Lauren Shelly
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
122 S. N. Shiawassee Owosso, MI 48867

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Daniel Barrett
1310 Carr St.
Owosso, MI. 48867

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 3
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
POA
TELEPHONE NUMBER: 989 251 3015
DATE: 8/14/23

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 3
District of Origin No.: 039
District to Serve No.: 039
Signature of Authorized USMS Deputy or Clerk: Kelly Honoy
Date: AUG 30 2023

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date | Time | ☐ am ☐ pm
Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

tracking #: 9689-0710-5270-0231-9458-32

Form USM-285
Rev. 03/21